No. 00–1799.  TURNER *v.* BENEFICIAL CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–1800.  KIA P., INDIVIDUALLY AND ON BEHALF OF MORA P., AN INFANT *v.* CITY OF NEW YORK ET AL.  C. A. 2d Cir. Certiorari denied.

No. 00–1801.  WEIR ET UX. *v.* CITY OF SPRINGFIELD.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 00–1802.  BARNAUD *v.* BELLE FOURCHE IRRIGATION DISTRICT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–1803.  BROWN *v.* KNOX COUNTY ET AL.  Ct. App. Tenn. Certiorari denied.

No. 00–1804.  MCDONALD *v.* WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 00–1806.  STANLEY WORKS *v.* CHRISTOPHER.  C. A. 1st Cir.  Certiorari denied.

No. 00–1807.  CLANCY *v.* EMPLOYERS HEALTH INSURANCE CO. C. A. 5th Cir.  Certiorari denied.

No. 00–1808.  KNIGHT *v.* MALENG ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1809.  KUNGLE *v.* INNOVATIVE PROPERTIES, INC., ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 00–1810.  JEFFERSON *v.* CAPTAIN D'S RESTAURANT, AKA SHONEY'S INC., ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 00–1811.  PIOTROWSKI *v.* CITY OF HOUSTON.  C. A. 5th Cir. Certiorari denied.

No. 00–1814.  AROYO-GONZALEZ ET AL. *v.* COAHOMA CHEMICAL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.